**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**KENIQUE SMITH,**

          Plaintiff,

    vs.                            Case No. 08-2375-JWL

**UNITED STATES OF AMERICA,**

          Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM JUDGMENT**

This matter comes before the Court upon Defendant's unopposed motion for relief from judgment, Doc. 67, and for good cause shown,

IT IS ORDERED that the portion of the Amended Judgment in a Civil Action filed on December 29, 2009, Doc. 66, stating "plus post judgment interest at the rate of .32%" shall be amended to read "plus post judgment interest as contemplated by 31 U.S.C. § 1304(b)(1)(A)."

Dated this 16th day of February, 2010, in Kansas City, Kansas.

                                  s/ John W. Lungstrum
                                  JOHN W. LUNGSTRUM
                                  United States District Judge

Submitted by:

LANNY D. WELCH
United States Attorney

 s/ D. Brad Bailey
D. BRAD BAILEY
Assistant United States Attorney
District of Kansas
Ks. S.Ct. No. 11345
Federal Building, Suite 290
444 SE Quincy Street
Topeka, KS 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-Mail: brad.bailey@usdoj.gov
Counsel for the Defendants